ELDA M. SIDHU
General Counsel
Nevada Bar No. 7799
PAUL MATA
Assistant General Counsel
Nevada Bar No. 14922
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada  89154-1085
Telephone:  (702) 895-5185
Facsimile:  (702) 895-5299
elda.sidhu@unlv.edu
paul.mata@unlv.edu
*Attorneys for Defendant UNLV*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORLANDO WHITE, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA LAS VEGAS,<br><br>　　　　Defendant. | CASE NO.:  2:21-cv-01859-JCM-EJY<br><br>**STIPULATION, REQUEST AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Defendant, the State of Nevada *ex rel.* Board of Regents of the Nevada System of Higher Education, on behalf of the University of Nevada, Las Vegas ("Defendant" or "UNLV") by and through counsel, Paul Mata, Esq., Assistant General Counsel, University of Nevada, Las Vegas, Office of General Counsel, and Orlando White ("Plaintiff"), by and through his counsel, Trevor Hatfield, Esq. of Hatfield & Associates, Ltd., hereby respectfully submit this Stipulation, Request and Order Extending Time to Answer or Otherwise Respond to Plaintiffs' Complaint (the "Stipulation"). This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR 7-1 of the Local

Rules of this Court. This is the first request for an extension of time to file an answer or otherwise respond to Plaintiff's Complaint.

Service upon UNLV is proscribed by statute. Specifically, NRS 41.031(2) provides that any action against the State of Nevada must be served upon both the Attorney General and the person serving in the office of the administrative head of the named agency; here, the Chancellor of the Nevada System of Higher Education. The Chancellor was served on January 27, 2022. The Attorney General was served on February 24, 2022. The instant extension is requested as UNLV's Counsel requires additional time to prepare a responsive pleading to the Plaintiffs' Complaint.

Upon agreement by and between all the parties hereto as set forth herein, the undersigned respectfully requests this Court grant an extension of time, up to and including March 25, 2022, for UNLV to file an answer or otherwise respond to Plaintiffs' Complaint. By entering into this Stipulation, none of the parties waive any rights they have under statute, law or rule with respect to Plaintiffs' Complaint.

Dated:  March 9, 2022

/s/ Paul Mata
ELDA M. SIDHU
General Counsel
Nevada Bar No. 7799
PAUL MATA
Assistant General Counsel
Nevada Bar No. 14922
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada  89154-1085
Telephone:  (702) 895-5185
Facsimile:  (702) 895-5299
*Attorneys for Defendant UNLV*

Dated:  March 9, 2022

/s/  Trevor J. Hatfield
Trevor J. Hatfield, Esq.
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 South Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 9, 2022