TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ORLANDO WHITE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA LAS VEGAS,<br><br>Defendant. | CASE NO: 2:21-cv-01859-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br>(First Request) |

COMES NOW, Plaintiff ORLANDO WHITE (hereinafter "Plaintiff"), by and through his counsel, and Defendant STATE OF NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA LAS VEGAS (hereinafter "Defendants"), by and through its counsel, who do hereby stipulate and agree to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss [ECF #13] and the time for Defendant to Reply to Plaintiff's Response to be adjusted accordingly. This is the first stipulation for extension of time to file a response to Defendant's motion.

The reason for this request is due to Plaintiff's counsel having had extensive depositions that went longer than anticipated on April 7, 2022 and a settlement conference on April 8, 2022.

///

///

1

1  Accordingly, the parties stipulate that Plaintiff's counsel shall have up to and including April 15, 2022 to respond to ECF #13, and Defendant's counsel shall have up to and including April 29, 2022 to reply to plaintiff's response.

This request is submitted pursuant to LR IA 6-1, 6-2, and LR 7-1.

Dated this 7th day of April, 2022.

**HATFIELD & ASSOCIATES, LTD.**

*/s/ Trevor J. Hatfield*
By: _____
Trevor J. Hatfield, Esq., SBN 7373
703 S. Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 388-4469
Fax:  (702) 386-9825
Email: thatfield@hatfieldlawassociates.com
*Attorneys for Plaintiff*

Dated this 7th day of April, 2022.

**UNIVERSITY OF NEVADA, LAS VEGAS**

*/s/ Elda M. Sidhu*
By:_____
ELDA M. SIDHU
General Counsel (SBN 7799)
PAUL MATA
Assistant. General Counsel (SBN 14922)
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
Email:  elda.sidhu@unlv.edu
Email:  paul.mata@unlv.edu
*Attorneys for Defendant UNLV*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 8, 2022

## CERTIFICATE OF SERVICE

I certify that on the 7th day of April 2022, I electronically filed the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** with the Clerk of the Court using the ECF system which served the parties hereto electronically.

DATED: April 7, 2022  By:  */s/ Freda P. Brazier*
An employee of Hatfield & Associates, Ltd.