ELDA M. SIDHU
General Counsel
Nevada Bar No. 7799
DEBRA L. PIERUSCHKA
Assistant General Counsel
Nevada Bar No. 10185
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
elda.sidhu@unlv.edu
debra.pieruschka@unlv.edu
*Attorneys for Defendant UNLV*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORLANDO WHITE, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA, LAS VEGAS,<br><br>    Defendant. | CASE NO.: 2:21-cv-01859-JCM-EJY<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and among, Plaintiff, Orlando White ("**Plaintiff**"), and Defendant, the State of Nevada *ex rel.* the Board of Regents of the Nevada System of Higher Education, on behalf of the University of Nevada, Las Vegas ("**UNLV**"), by and through

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

their undersigned counsel of record that the above-entitled action, in its entirety, be voluntarily dismissed with prejudice with each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| DATED:  July 29, 2022 | DATED:  July 29, 2022 |
| /S/  DEBRA L. PIERUSCHKA | /S/ TREVOR J. HATFIELD |
| ELDA M. SIDHU, ESQ.<br>General Counsel<br>DEBRA L. PIERUSCHKA, ESQ.<br>Assistant General Counsel<br>UNIVERSITY OF NEVADA, LAS VEGAS<br>4505 S. Maryland Parkway, Box 451085<br>Las Vegas, Nevada  89154-1085<br>Telephone:  (702) 895-5185<br>Facsimile:  (702) 895-5299<br>*Attorneys for Defendant UNLV* | TREVOR J. HATFIELD, ESQ.<br>HATFIELD & ASSOCIATES, LTD.<br>703 S. Eighth St.<br>Las Vegas, NV 89101<br>(702) 388-4469<br>*Attorneys for Plaintiff, Orlando White* |

### ORDER

IT IS SO ORDERED that the above-entitled case be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED August 2, 2022.

_____
UNITED STATES DISTRICT JUDGE